576    NEW-YORK PRACTICE REPORTS.

The Republic of Mexico agt. De Arrangois and others.

## SUPERIOR COURT.

THE REPUBLIC OF MEXICO agt. FRANCISCO DE ARRANGOIS, BARTOLOMI BLANCO and RAMON PALANCA.

*General Term, Dec.,* 1855.

Before OAKLEY, Ch. J., DUER, CAMPBELL and HOFFMAN, Justices.

THIS case, decided at special term by HOFFMAN, Justice, reported *ante page* 1, *affirmed* by the court.

---

## ERRATUM.

IN the case of *The New-York and Erie Bank* agt. *Robert Codd,* on page 224, in the 2d paragraph from the bottom, and in the 3d line from the beginning, after the word "appeal," read as follows: "from an order at special term denying a motion to set aside an attachment issued by a judge at chambers. It was then *held,* that the plaintiff might read further affidavits at the special term in answer to the defendant's moving affidavits, and for the purpose of sustaining the attachment.

"In *White and others* agt. *Featherstonhaugh,* decided at special term in Dec., 1851, (7 *How. Pr. R.* 375,) a motion was made to set aside an attachment upon affidavits tending "